Rockingham, }
May 1, 1906. {

### BARSANTEE *v.* HARTFORD.

CASE, for libel. Transferred from the April term, 1905, of the superior court by *Stone,* J.

*Page & Bartlett* and *Ernest L. Guptill,* for the plaintiff.

*Frink, Marvin & Batchelder,* for the defendant.

WALKER, J. The questions presented arise upon the defendant's exceptions to the admission of evidence. In the absence of

a brief in support of the exceptions, or other information from the defendant relating to his legal positions, no error is perceived and the exceptions are therefore overruled.

All concurred.